IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DENNIS EUGENE HARRIS,

               Plaintiff,

  v.                                                ORDER

DONALD GUDMANSON, RICHARD               07-C-527-S
VERHAGEN, DENISE SYMDON,
PEGGY THRAN and WILLIAM GROSSHANDS,

               Defendants.
_____

    Upon receipt of plaintiff's partial filing fee in the amount of $4.85, the Court addresses the merits of plaintiff's complaint. According to 28 U.S.C. § 1915(b)(2), the institution's financial officer is authorized to deduct monthly payments from plaintiff's account until the $350.00 filing fee is paid in full.

    Although plaintiff's allegations are not completely clear, he appears to be alleging that he was falsely imprisoned when his parole was revoked. He does not allege, however, any specific actions by any of the individual named defendants that caused his false imprisonment. Accordingly, his complaint will be dismissed because his allegations are insufficient to state a claim for relief under federal law.

    Plaintiff is advised that in any future proceedings in this matter he must offer argument not cumulative of that already

provided to undermine this Court's conclusion that his claim must be dismissed. See Newlin v. Helman, 123 F.3d 429, 433 (7th Cir. 1997).

ORDER

IT IS ORDERED that plaintiff's complaint and all claims contained therein is DISMISSED without prejudice.

IT IS FURTHER ORDERED that judgment be entered DISMISSING plaintiff's complaint and all claims contained therein without prejudice.

Entered this 4th day of October, 2007.

BY THE COURT:

/S/

_____
JOHN C. SHABAZ
District Judge